UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESSICA TOWNS, on behalf of herself and all others
similarly situated,

1:25-CV-8255-ER

-against-

**NOTICE OF VOLUNTARY
DISMISSAL UNDER
RULE 41(a)(1)(A)(i)**

IM PRO MAKEUP NY L.P. d/b/a IL MAKIAGE,

Plaintiff, Jessica Towns, ("Plaintiff") by and through her undersigned counsel, pursuant

to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that she is voluntarily dismissing

the above action with prejudice.

Dated: New York, New York
January 29, 2026

**JOSEPH & NORINSBERG, LLC**

By: *Robert Schonfeld*

Robert Schonfeld, Esq.
Jon L. Norinsberg, Esq.
825 Third Avenue, Suite 2100
New York, New York 10022
Tel: (212)227-5700
rschonfeld@employeejustice.com
jon@norinsberglaw.com